UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA BHATT and MEERA SIDHU,

        Plaintiffs,

vs.

        Case No. 12-CV-11105

        HON. GEORGE CARAM STEEH

TWO UNKNOWN NAMED AGENTS
OF THE U.S. CUSTOMS AND BORDER
PROTECTION and the UNITED
STATES OF AMERICA,

        Defendants.
_____/

### ORDER DISMISSING SHOW CAUSE

The Court issued an Order to Show Cause ordering plaintiffs to show cause why the case should not be dismissed for failure to prosecute. Plaintiffs' counsel responded that they are pursuing several different paths in discovery to learn the names of the Customs and Border Patrol (CBP) agents involved in the underlying incident. Plaintiffs anticipate that the production of the requested discovery will enable them to amend their complaint to name the relevant CBP agents as defendants, and proceed with their case.

Plaintiffs having satisfied the Court's Order to Show Cause, now therefore,

IT IS HEREBY ORDERED that the Order to Show Cause be dismissed.

Dated: July 25, 2012

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 25, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk